**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

*IN RE*: **CHRISTIAN D. CHESSON**  **MISCELLANEOUS ACTION NO. 18-MC-00032**

**JUDGE S. MAURICE HICKS, JR.**

**MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

The Court finds that no additional sanctions shall be imposed on Christian D. Chesson because the suspension imposed by the bankruptcy court and actually served by Christian D. Chesson, the fine paid and disgorgements made, and the other remedial measures taken are adequate to address the misconduct and deter future misconduct in this matter.

**IT IS SO ORDERED**.

**THUS ORDERED AND SIGNED**, in Shreveport, Louisiana, this 18th day of October, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT